IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| MIGUEL LUGO,      ) | |
|     Plaintiff,      ) | |
| v.      ) | CIVIL ACTION |
|       ) | NO. 1:10-CV-1691-JEC |
| IMPERIAL INVESTMENTS AIRPORT,      ) | |
| LLC, d/b/a HAMPTON INN & SUITES,      ) | |
|     Defendant.      ) | |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

COMES NOW Plaintiff and, pursuant to this Court's Order of March 29, 2011 [Docket #37] and F.R.C.P. 41(a)(1)(A)(ii), hereby stipulates, withdraws, and voluntarily dismisses his claims against Defendant with prejudice. Defendant, by and through its undersigned counsel, hereby consents and stipulates to the dismissal of Plaintiff's claims. Each party will bear its own costs, expenses, and attorneys' fees.

This 28th day of September, 2011.

| CONSENTED TO BY: | Respectfully Submitted, |
|---|---|
| s/Joseph C. Chancey | s/Thomas C. Wooldridge |
| Joseph C. Chancey | Thomas C. Wooldridge |
| Georgia Bar No. 120520 | Georgia Bar No. 384108 |
| Meredith Riggs Guerrero | Wooldridge & Jezek, LLP |
| Georgia Bar No. 214274 | 1230 Peachtree Street, N.E., |
| DREW ECKL & FARNHAM, LLP | Suite 1900 |
| Post Office Box 7600 | Atlanta, Georgia 30309 |
| Atlanta, Georgia 30357-0600 | Telephone: (404) 942-3300 |
| Telephone: (404) 885-1400 | Facsimile: (404) 942-3301 |

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| MIGUEL LUGO,           )<br>     Plaintiff,          )<br>v.                               )<br>                                  )<br>IMPERIAL INVESTMENTS AIRPORT,  )<br>LLC, d/b/a HAMPTON INN & SUITES,  )<br>     Defendant.         ) | CIVIL ACTION<br>NO. 1:10-CV-1691-JEC |

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 28, 2011, I electronically filed the within and foregoing **Stipulation of Dismissal with Prejudice** with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record: Joseph C. Chancey and Meredith Riggs Guerrero.

This 28th day of September, 2011.

                                                                        s/Thomas C. Wooldridge
                                                                        Thomas C. Wooldridge
                                                                        Georgia Bar No. 384108
                                                                        *Counsel for Plaintiff*

Wooldridge & Jezek, LLP
1230 Peachtree Street, N.E., Suite 1900
Atlanta, GA 30309
Telephone:  (404) 942-3300
Facsimile:  (404) 942-3301

2